# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ DAVID DAVALOS,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>MARION SPEARMAN, Warden,<br><br>　　　　　　　Respondent. | Case No. LACV 15-7829-DDP (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 9/22/17

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE